NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

August 4, 2023

**ERRATA**

---

Appeal No. 2022-1226

**ROYAL BRUSH MANUFACTURING, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, DIXON TICONDEROGA COMPANY,**
*Defendants-Appellees*

---

Decided: July 27, 2023
Precedential Opinion

---

Please make the following change:

In the first sentence of the last paragraph on page 15, delete the word "not." The corrected sentence should read: "The government nonetheless argues that confidential business information cannot be disclosed absent a statute or regulation authorizing a protective order."